UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOE L. RODRIGUEZ,

    Plaintiff,

v().                                    Case No. 20-cv-1236-JPG

F. AHMED,

    Defendant.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant F. Ahmed and against plaintiff Joe L. Rodriguez and that this case is dismissed with prejudice.

**DATED:  May 19, 2023**

                                                  **MONICA A. STUMP, Clerk of Court**

                                                  **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**