UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOE L. RODRIGUEZ,

     Plaintiff,

  v.

F. AHMED,

     Defendant.

Case No. 20-cv-1236-JPG

## **JUDGMENT OF COSTS**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that costs are taxed against plaintiff Joe L. Rodriguez and in favor of defendant Dr. Faisal Ahmed in the amount of $512.75.

**DATED:  June 21, 2023**　　　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**